1
2
3
4
5
6
7
8
9
10               UNITED STATES DISTRICT COURT
11               CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| ABIGAIL MACLEOD,<br><br>             Plaintiff,<br><br>    v.<br><br>NOVOLEX HOLDINGS, LLC, VEGWARE PACKAGING, INC., and DOES 1-10, inclusive,<br><br>             Defendants. | Case No: 2:24-cv-04293-JFW-AJR<br><br>**STIPULATED PROTECTIVE ORDER; [~~PROPOSED~~] ORDER**<br><br>Complaint Filed:   April 3, 2024<br>Trial Date:            None Set |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
STIPULATED PROTECTIVE ORDER; [~~PROPOSED~~] ORDER

FP 50967068.1

1 **[PROPOSED] ORDER**

2 Pursuant to the Parties' stipulation for a protective order, IT IS SO ORDERED.

3

4 DATED: June 14, 2024

5 _____
United States District/Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
STIPULATED PROTECTIVE ORDER; [PROPOSED] ORDER
FP 50967068.1